UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

LAW OFFICE OF ANDREW L. MILLER
ANDREW L. MILLER, ESQ.
1550 New Road, Suite A
Northfield, NJ 08225
(609) 645-1599 (p)
(609) 645-7554 (f)
andrewmiller@almlaw.com

Order Filed on May 14, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:
FRANCES B. HOOD

Case No.: 19-11016
Chapter: 13
Hearing Date: May 07, 2019 @ 10:00AM
Judge: JNP

## ORDER AUTHORIZING DEBTOR TO RESCHEDULE THE 341(a) MEETING OF CREDITORS A 2ND TIME

The relief set forth on the following pages, numbered two (2) through 2 is **ORDERED**.

**DATED: May 14, 2019**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Upon the Motion of Andrew L. Miller, Esquire, counsel for the Chapter 13 Debtor seeking an Order to allow for Debtor to reschedule her 341(a) Meeting of Creditors a 2nd time;

And for good cause having been shown;

IT IS ORDERED AS FOLLOWS:

1. Debtor is authorized to reschedule her 341(a) Meeting of Creditors a 2nd a time;

2. Debtor is required to file with the Trustee an adjournment request along with a copy of this Order allowing for the rescheduled 341(a) Meeting of Creditors Meeting;

3. Debtor is required to serve all creditors, the Chapter 13 Standing Trustee and any and all other parties of interest with a copy of this Order within ____days of the entry of this Order.

4. Upon receipt of the new date for the 341(a) Meeting of Creditors, Debtor must notify all creditors and other parties of interest of the new date and file a certification of service with this Court.