UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

LAW OFFICE OF ANDREW L. MILLER
ANDREW L. MILLER, ESQ.
1550 New Road, Suite A
Northfield, NJ 08225
(609) 645-1599 (p)
(609) 645-7554 (f)
andrewmiller@almlaw.com

**Order Filed on May 14, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| In Re: | Case No.: 19-11016 |
| FRANCES B. HOOD | Chapter: 13 |
| | Hearing Date: May 07, 2019 @ 10:00AM |
| | Judge: JNP |

## ORDER AUTHORIZING DEBTOR TO RESCHEDULE THE 341(a) MEETING OF CREDITORS A 2ND TIME

The relief set forth on the following pages, numbered two (2) through 2  is
**ORDERED**.

**DATED: May 14, 2019**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Upon the Motion of Andrew L. Miller, Esquire, counsel for the Chapter 13 Debtor seeking an Order to allow for Debtor to reschedule her 341(a) Meeting of Creditors a 2nd time;

And for good cause having been shown;

IT IS ORDERED AS FOLLOWS:

1.     Debtor is authorized to reschedule her 341(a) Meeting of Creditors a 2nd a time;

2.     Debtor is required to file with the Trustee an adjournment request along with a copy of this Order allowing for the rescheduled 341(a) Meeting of Creditors Meeting;

3.     Debtor is required to serve all creditors, the Chapter 13 Standing Trustee and any and all other parties of interest with a copy of this Order within _____days of the entry of this Order.

4.     Upon receipt of the new date for the 341(a) Meeting of Creditors, Debtor must notify all creditors and other parties of interest of the new date and file a certification of service with this Court.

1

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 19-11016-JNP
Frances B. Hood                                                           Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1          Date Rcvd: May 14, 2019
                             Form ID: pdf903           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 16, 2019.
db             +Frances B. Hood,    5609 Atlantic Avenue,    Mays Landing, NJ 08330-2236

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 14, 2019 at the address(es) listed below:
          Andrew L. Miller    on behalf of Debtor Frances B. Hood millerar85252@notify.bestcase.com
          Denise E. Carlon    on behalf of Creditor   MTGLQ INVESTORS, L.P. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
          Kevin Gordon McDonald    on behalf of Creditor   MTGLQ INVESTORS, L.P. kmcdonald@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                          TOTAL: 6