ANDREW L. MILLER, ESQUIRE
1550 New Road
Suite A
Northfield, NJ 08225
(609) 645-1599
Attorney for Debtors

Order Filed on August 27, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

In re:

FRANCES B. HOOD

**CHAPTER 13**
CASE NO. 19-11016

Hearing Date:
JUDGE:   JNP

Debtor(s).

## CONSENT ORDER REINSTATING THE STAY, FOR ARREARAGE CURE, MONTHLY PAYMENTS, STAY RELIEF & COUNSEL FEES

The relief set forth on the following pages, numbered two (2) through three (3) is hereby ORDERED.

**DATED: August 27, 2021**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Page 2 of 3
Consent Order Reinstating the Stay
Frances Hood, Debtor
Chapter 13 Case #:   19-11016

---

This matter having brought before this Court by **ANDREW L. MILLER, ESQ.** on behalf of the Debtor, **FRANCES B. HOOD**, and upon agreement of the parties, it is hereby **ORDERED**:

1. That Rushmore Loan Management Services, LLC as servicer for U.S. Bank Trust National Association, as Trustee of Dwelling Series IV Trust is a secured creditor of the Debtor (hereinafter referred to as "Rushmore") and is the holder of a mortgage for the property located at 5609 Atlantic Avenue, Mays Landing, NJ (hereinafter referred to as the "Property).."

2. That Rushmore filed a motion for relief from the Automatic Stay on May 17, 2021;

3. That Rushmore received relief from the stay by Order of this Court on 06/08/2021;

4. That with the entry of this Order, the Automatic Stay is hereby reinstated as to Rushmore;

5. That Debtors' account has arrears for the following months: March 2021 through June 2021 for $1,754.67, with $28.32 due in suspense for a total post-petition delinquency in the amount of $6,990.36.

6. That the Debtor is to cure the arrears set forth in paragraph 5 above totaling $6,990.36 via debtor's Chapter 13 plan.

7. That debtor is also due for her July 2021 & August 2021 mortgage payments in the total amount of $3,509.34.   Those payments are due and owing to be paid via a lump sum payment to Rushmore within 14 days of entry of the within Order.

8. The Debtor shall tender payments directly to Rushmore at the following address: PO Box 52708, Irvine, CA 92619-2708.

Page 3 of 3
Consent Order Reinstating the Stay
Frances Hood, Debtor
Chapter 13 Case #:   19-11016

9. That commencing August 1, 2021, if the Debtor fails to make any payment to Rushmore within thirty (30) days after a payment falls due, Rushmore shall be entitled to stay relief upon filing a certification with the Court and serving it on the Debtors, their attorney, and the Chapter 13 Trustee.

10. That the Debtor is to pay a counsel's fees of $350.00 to Rushmore through her Chapter 13 plan.

We hereby consent to the form and entry of the within Order.

_____
ANDREW L. MILLER, ESQ.
Counsel for Debtor

  /s/ Jonathan Schwalb
_____
**JONATHAN SCHWALB, ESQ.**
Associate Counsel
Friedman Vartolo, LLP
Counsel for Rushmore