ANDREW L. MILLER, ESQUIRE
1550 New Road
Suite A
Northfield, NJ 08225
(609) 645-1599
Attorney for Debtors

Order Filed on August 27, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:

FRANCES B. HOOD

          CHAPTER 13
          CASE NO. 19-11016

          Hearing Date:
          JUDGE:   JNP

Debtor(s).

**CONSENT ORDER REINSTATING THE STAY, FOR ARREARAGE CURE, MONTHLY PAYMENTS, STAY RELIEF & COUNSEL FEES**

The relief set forth on the following pages, numbered two (2) through three (3) is hereby ORDERED.

**DATED: August 27, 2021**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Page 2 of 3
Consent Order Reinstating the Stay
Frances Hood, Debtor
Chapter 13 Case #:   19-11016

This matter having brought before this Court by **ANDREW L. MILLER, ESQ.** on behalf of the Debtor, **FRANCES B. HOOD**, and upon agreement of the parties, it is hereby **ORDERED**:

1. That Rushmore Loan Management Services, LLC as servicer for U.S. Bank Trust National Association, as Trustee of Dwelling Series IV Trust is a secured creditor of the Debtor (hereinafter referred to as "Rushmore") and is the holder of a mortgage for the property located at 5609 Atlantic Avenue, Mays Landing, NJ (hereinafter referred to as the "Property)."

2. That Rushmore filed a motion for relief from the Automatic Stay on May 17, 2021;

3. That Rushmore received relief from the stay by Order of this Court on 06/08/2021;

4. That with the entry of this Order, the Automatic Stay is hereby reinstated as to Rushmore;

5. That Debtors' account has arrears for the following months: March 2021 through June 2021 for $1,754.67, with $28.32 due in suspense for a total post-petition delinquency in the amount of $6,990.36.

6. That the Debtor is to cure the arrears set forth in paragraph 5 above totaling $6,990.36 via debtor's Chapter 13 plan.

7. That debtor is also due for her July 2021 & August 2021 mortgage payments in the total amount of $3,509.34.  Those payments are due and owing to be paid via a lump sum payment to Rushmore within 14 days of entry of the within Order.

8. The Debtor shall tender payments directly to Rushmore at the following address: PO Box 52708, Irvine, CA 92619-2708.

Page 3 of 3
Consent Order Reinstating the Stay
Frances Hood, Debtor
Chapter 13 Case #:   19-11016

9. That commencing August 1, 2021, if the Debtor fails to make any payment to Rushmore within thirty (30) days after a payment falls due, Rushmore shall be entitled to stay relief upon filing a certification with the Court and serving it on the Debtors, their attorney, and the Chapter 13 Trustee.

10. That the Debtor is to pay a counsel's fees of $350.00 to Rushmore through her Chapter 13 plan.

We hereby consent to the form and entry of the within Order.

_____
ANDREW L. MILLER, ESQ.
Counsel for Debtor

/s/ Jonathan Schwalb
_____
**JONATHAN SCHWALB, ESQ.**
Associate Counsel
Friedman Vartolo, LLP
Counsel for Rushmore

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 19-11016-JNP

Frances B. Hood  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1  User: admin  Page 1 of 2
Date Rcvd: Aug 27, 2021  Form ID: pdf903  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**  **Definition**
+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 29, 2021:**

**Recip ID**  **Recipient Name and Address**
db  + Frances B. Hood, 5609 Atlantic Avenue, Mays Landing, NJ 08330-2236

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2021  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 27, 2021 at the address(es) listed below:

**Name**  **Email Address**
Andrew L. Miller
    on behalf of Debtor Frances B. Hood millerar85252@notify.bestcase.com

Denise E. Carlon
    on behalf of Creditor MTGLQ INVESTORS L.P. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Isabel C. Balboa
    ecfmail@standingtrustee.com summarymail@standingtrustee.com

Isabel C. Balboa
    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com

Jonathan C. Schwalb
    on behalf of Creditor Rushmore Loan Management Services LLC as servicer for U.S. Bank Trust National Association as trustee of Dwelling Series IV Trust bankruptcy@friedmanvartolo.com

Jonathan C. Schwalb

on behalf of Creditor Rushmore Loan Management Services  LLC as servicer for U.S. Bank Trust National Association as Trustee of the Tiki Series IV Trust bankruptcy@friedmanvartolo.com

Kevin Gordon McDonald

on behalf of Creditor MTGLQ INVESTORS  L.P. kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8