| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| In Re:<br>FRANCES B. HOOD | Case No.: 19-11016<br>Chapter: 13<br>Judge: JNP |

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, FRANCES B. HOOD, debtor in this case, certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☑ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: January 16, 2024

*Frances B. Hood*
Debtor's Signature

**IMPORTANT**:
- Each debtor in a joint case must file a separate Certification in Support of Discharge.
- A discharge will not be entered for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.

*rev.8/1/18*