**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Frances B. Hood<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–0314<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | _____<br>First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   19–11016–JNP | | |

## Order of Discharge            12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Frances B. Hood

2/16/24                                         **By the court:** Jerrold N. Poslusny Jr.
                                                                  United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

  ♦ debts that are domestic support
     obligations;

  ♦ debts for most student loans;

  ♦ debts for certain types of taxes specified
     in 11 U.S.C. §§ 507(a)(8)( C),
     523(a)(1)(B), or 523(a)(1)(C) to the
     extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                 Case No. 19-11016-JNP
Frances B. Hood                                                                          Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                                     User: admin                                         Page 1 of 3
Date Rcvd: Feb 16, 2024                            Form ID: 3180W                                     Total Noticed: 21

The following symbols are used throughout this certificate:
**Symbol    Definition**

+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                    regulations require that automation-compatible mail display the correct ZIP.

^                Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 18, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Frances B. Hood, 5609 Atlantic Avenue, Mays Landing, NJ 08330-2236 |
| cr | + | Rushmore Loan Management Services, LLC as service, Friedman Vartolo LLP, 85 Broad Street, Suite 501, New York, NY 10004-1734 |
| cr | + | Rushmore Loan Management Services, LLC as servicer, Friedman Vartolo, LLP, 85 Broad St, 85 Broad St, New York, NY 10004-1734 |
| 517973169 | + | Seterus, Inc., PO Box 1077, Hartford, CT 06143-1077 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 16 2024 20:53:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 16 2024 20:53:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | ^ | MEBN | Feb 16 2024 20:50:57 | Rushmore Loan Management Services, LLC as servicer, Friedman Vartolo LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| 517973167 | | Email/Text: bky_mail@fanniemae.com | Feb 16 2024 20:52:00 | Federal National Mortgage Association, 3900 Wisconsin Avenue NW, Washington, DC 20016 |
| 518699341 | ^ | MEBN | Feb 16 2024 20:50:44 | FRIEDMAN VARTOLO, LLP, Attorneys for Rushmore Loan Management, 1325 Franklin Avenue, Suite 230, Garden City, New York 11530-1631 |
| 518147521 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Feb 16 2024 20:52:00 | MTGLQ Investors, L.P., c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 518575439 | | Email/Text: mtgbk@shellpointmtg.com | Feb 16 2024 20:52:00 | MTGLQ Investors, L.P. c/o NewRez LLC DBA Shellpoin, P.O. Box 10826, Greenville, SC 29603-0826, MTGLQ Investors, L.P. c/o NewRez LLC DBA, P.O. Box 10826, Greenville, SC 29603-0826 |
| 518575438 | | Email/Text: mtgbk@shellpointmtg.com | Feb 16 2024 20:52:00 | MTGLQ Investors, L.P. c/o NewRez LLC DBA Shellpoin, P.O. Box 10826, Greenville, SC 29603-0826 |
| 517973168 | + | Email/Text: dnj@pbslaw.org | Feb 16 2024 20:52:00 | Pluese, Becker & Saltzman, 20000 Horizon Way, # 900, Mount Laurel, NJ 08054-4318 |
| 519101513 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 16 2024 20:52:00 | U.S. Bank Trust N.A. et al,, c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 519101514 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 16 2024 20:52:00 | U.S. Bank Trust N.A. et al,, c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-270, U.S. Bank Trust N.A. et al,, c/o Rushmore Loan Management Services |

Case 19-11016-JNP   Doc 59   Filed 02/18/24   Entered 02/19/24 00:15:33   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 16, 2024 | Form ID: 3180W | Total Noticed: 21 |

| | | | | |
|---|---|---|---|---|
| | | | | 92619-5004 |
| 518834146 | + Email/Text: nsm_bk_notices@mrcooper.com | Feb 16 2024 20:52:00 | | U.S. Bank Trust National Association, as trustee of Tiki Series IV Trust, c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-2708, U.S. Bank Trust National Association 92619-5004 |
| 518834145 | + Email/Text: nsm_bk_notices@mrcooper.com | Feb 16 2024 20:52:00 | | U.S. Bank Trust National Association, as trustee of Tiki Series IV Trust, c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 519978492 | ^ MEBN | Feb 16 2024 20:48:35 | | US Bank Trust NA, SN Servicing Corporation, 323 5th Street, Eureka, CA 95501, US Bank Trust NA, SN Servicing Corporation 95501-0305 |
| 519978491 | ^ MEBN | Feb 16 2024 20:48:33 | | US Bank Trust NA, SN Servicing Corporation, 323 5th Street, Eureka, CA 95501-0305 |
| 518701485 | + Email/Text: nsm_bk_notices@mrcooper.com | Feb 16 2024 20:52:00 | | c/o Rushmore Loan Management Services LLC, 15480 Laguna Canyon Rd., Suite 100, Irvine, CA 92618-2132 |
| 518701486 | + Email/Text: nsm_bk_notices@mrcooper.com | Feb 16 2024 20:52:00 | | c/o Rushmore Loan Management Services LLC, 15480 Laguna Canyon Rd., Suite 100, Irvine, CA 92618, c/o Rushmore Loan Management Services LL, 15480 Laguna Canyon Rd., Suite 100, Irvine, CA 92618-2132 |

TOTAL: 17

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 18, 2024        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 16, 2024 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Andrew B Finberg | ecfmail@standingtrustee.com |
| Andrew L. Miller | on behalf of Debtor Frances B. Hood millerar85252@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor MTGLQ INVESTORS L.P. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Feb 16, 2024 | Form ID: 3180W | Total Noticed: 21 |

Jason Brett Schwartz
    on behalf of Creditor Rushmore Loan Management Services  LLC as servicer for U.S. Bank Trust National Association, as Trustee of the Dwelling Series IV Trust bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com

Jonathan C. Schwalb
    on behalf of Creditor Rushmore Loan Management Services  LLC as servicer for U.S. Bank Trust National Association as trustee of Dwelling Series IV Trust bankruptcy@friedmanvartolo.com, jschwalb@ecf.courtdrive.com

Jonathan C. Schwalb
    on behalf of Creditor Rushmore Loan Management Services  LLC as servicer for U.S. Bank Trust National Association as Trustee of the Tiki Series IV Trust bankruptcy@friedmanvartolo.com, jschwalb@ecf.courtdrive.com

Kevin Gordon McDonald
    on behalf of Creditor MTGLQ INVESTORS  L.P. kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9